540

Donald Piper, by Eugene Piper, His Next Friend, Appellant, v. Esther L. Speroni, Executrix of Will of Peter J. Speroni, Deceased, Appellee.

Gen. No. 9,848.

opinion filed February 12, 1943; rehearing denied March 17, 1943.  J. L. Spaulding, James H. Andrews, Gregg A. Young and Harper Andrews, for appellant; Carey R. Johnson and Joseph R. Peterson, for appellee.  Opinion by JUSTICE WOLFE. "Not to be published in full."

Jennie Hish et al., Appellants, v. County of Shelby, Appellee.

Gen. No. 9,360.

opinion filed February 24, 1943. Jno. W. Fribley, Wilton A. Carr and Robert J. Sanders, for appellants; E. C. Eberspacher, Jr., State's Attorney, and J. C. Willard, Assistant State's Attorney, for appellee.  Opinion by PRESIDING JUSTICE RIESS. "Not to be published in full."